THE PEOPLE OF THE STATE OF NEW YORK ex rel. 1650 PITKIN AVENUE CONSTRUCTION COMPANY, INC., Respondent, v. JAMES W. TUOMEY, Appellant.— Motions denied. Blackmar, Kelly and Jaycox, JJ., concur; Jenks, P. J., and Mills, J., dissent. The court is unanimous that the appeals from the orders did not operate as a stay.

THE ARABOL MANUFACTURING COMPANY, Appellant, v. ADAM BLUM, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on Complaint of RHODA FREED, Respondent, v. ROBERT OWENS, Appellant.— Motion granted. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

COUNTY OF ORANGE, Respondent, v. STORM KING STONE COMPANY and PHILIP A. MOSMAN, as Trustee, Appellants, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals granted, and the following questions certified: 1. Was Edward J. Collins, of Newburgh, N. Y., who, during all the time he acted as commissioner of appraisal in this proceeding, was the owner of real estate in and a taxpayer of the county of Orange, a disinterested person and qualified to act as such commissioner, within the meaning of section 151 of the Highway Law? 2. If the status of Edward J. Collins as a taxpayer of Orange county disqualifies him to act as a commissioner of appraisal herein, was it competent for the defendant to waive such disqualification? 3. Do the acts of the defendant, as shown by the record, constitute a waiver of such disqualification? .Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

PASQUALE D'AMBRA, Respondent, v. PHILIP RHINELANDER, Appellant.— Motion for stay granted on condition that appellant perfect the appeal, place the case on the calendar and be ready for argument on Friday, June 18, 1920; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of CHARLES STRAUSS and Others, Constituting the Board of Water Supply, etc., to Acquire Real Estate, etc., in the Towns of Mount Pleasant, Harrison and North Castle, Westchester County, etc. Kensico Reservoir-Highways.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Petition of MATTHEW T. MEAGHER and NICHOLAS J. HUGHES to Prove the Last Will and Testament of WILLIAM McKEE, Deceased.— Motion to resettle order granted so as to allow one bill of costs to the respondents payable out of the estate. Motion to allow costs to appellants denied. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

CHARLES F. LAWLER, Plaintiff, v. THE SHEFFIELD CONSTRUCTION COMPANY, Respondent, and Others, Defendants. WILLIAM J. DILTHEY, Appellant; SOUND HOLDING COMPANY, Purchaser, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.